# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID WILLIAMS**

**-vs-**                                                          Case No.  6:08-cv-1771-Orl-31GJK

**UNITED STATES OF AMERICA**
**NORM   LIVINGSTON**

_____            Plaintiff Attys: Hoard Marks, Abbye Alexander
                                                                          Defense Atty.: Bradley Bole (defendant Norm Livingston)
                                                                          Geoffrey Chun    (in house counsel for Navy)

| JUDGE | **Gregory A. Presnell**<br>United States District Judge | DATE AND TIME | June 1, 2010<br>9:09 - 10:20AM;<br>10:41 - 11:40AM;<br>1:00 -  2:44PM;<br>3:04 -  3:39PM;<br>3:45 -  4:40PM |
|---|---|---|---|
| DEPUTY CLERK | Sherri Cohen | COURT REPORTER | Diane Peede<br>407/615-0305 |
| INTERPRETER | none | | |

## CLERK'S MINUTES
### Jury Trial (Day One)

Case called; appearances taken.
Court addressed the parties regarding the triable issue(s); Court announced it had entered an order today denying Motion for Reconsideration (doc.69).
9:20AM- Venire entered courtroom; Court addressed the venire; Venire seated in jury box and were given instructions by the Court.
9:31AM- Voir dire began.
10:15AM- Side Bar
10:20AM- Court recessed.

10:41AM- Court reconvened for jury selections.
10:46AM- Venire entered courtroom ; Court announced the names of the Jury.
10:49AM- Jury sworn; Court released remaining venire.
10:50AM- Court gave preliminary instructions to the Jury.
10:55AM- Plaintiff gave opening statement.
11:29AM- Defendant gave opening statement.
11:40AM- Court gave instructions to the Jury; Court recessed.

1:00PM- Court reconvened; Plaintiff's Exhibit #1 was stipulated into evidence.
1:05PM- Plaintiff's Witness #1, Lorraine Tuliano, was sworn and testified; Plaintiff's Exhibit #37 was admitted into evidence.
1:46PM- Cross-examination began.
2:02PM- Court inquired with witness.
2:03PM- Re-direct examination began.
2:07PM- Plaintiff's Witness #2, David W. Williams, was sworn and testified.
2:44PM- Court recessed.

3:04PM- Court reconvened; Direct examination continued.
3:37PM- Side bar held.
3:39PM- Court recessed.

3:45PM- Court reconvened and held side bar.
3:47PM- Direct examination continued.
3:49PM- Cross-examination began; Defendant's Exhibit #1 was identified; Defense counsel referenced the witnesses' deposition, page 87, lines 12-19; Court inquired with the defendant; Cross-examination continued; Defense counsel further referenced page 87, lines 20-23.
4:25PM- Re-direct examination began.
4:28PM- Court instructed jury; Jury left courtroom to return tomorrow at 8:30AM.
4:29PM- Court and counsel conferred regarding questioning for witness and depositions to be read during tomorrow's trial; Court conferred with counsel regarding a timeline for trial tomorrow.
4:40PM- Court recessed.