# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DAVID WILLIAMS**

-vs-                                                                Case No.  6:08-cv-1771-Orl-31GJK

**UNITED STATES OF AMERICA**
**NORM   LIVINGSTON**

Plaintiff Attys: Howard Marks, Abbye Alexander
Defense Atty.: Bradley Bole (defendant Norm Livingston)
Geoffrey Chun (in house counsel for Navy)

| JUDGE | **Gregory A. Presnell**<br>United States District Judge | DATE AND TIME | June 2, 2010<br>8:37 - 9:32AM;<br>9:41 -11:50AM;<br>12:46 - 1:10PM;<br>1:14 - 2:25PM;<br>2:41 - 4:43PM |
|---|---|---|---|
| DEPUTY CLERK | Sherri Cohen | COURT REPORTER | Diane Peede<br>407/615-0305 |
| INTERPRETER | none | | |

## CLERK'S MINUTES
## Jury Trial (Day Two)

8:37AM- Court reconvened for Day Two of trial; Version #1 of Jury Instructions and Verdict Form provided to counsel for future Charge conference; Court and counsel conferred regarding witnesses.
8:44AM- Jury entered courtroom; Re-direct examination of Plaintiff's Witness #2, David W. Williams continued.
8:54AM- Re-cross examination began.
9:00AM- Plaintiff's Witness #3, Mary R. Bell, was sworn and testified.
9:06AM- Cross-examination began.
9:08AM- Plaintiff's Witness #4, William Norman Livingston, was sworn and testified.
9:22AM- Jury left courtroom; Court and counsel conferred regarding potential testimony; Plaintiff's Exhibits # 3, 4 identified.
9:32AM- Court recessed.

9:41AM- Court reconvened; Direct examination continued;
10:24AM- Cross-examination began.
11:04AM- Redirect examination began.
11:15AM- Plaintiff's Witness #5, Christopher Lee Glover, testified via deposition.
11:27AM- Plaintiff rested; Jury left courtroom.

11:28AM- Defense counsel orally moved for judgment as a matter of law, on behalf of defendant Livingston, regarding punitive damages; Arguments were present; Court GRANTED motion.

Defense counsel orally moved for a motion for judgment as a matter of law as to qualified immunity, requesting directed verdict on behalf of defendant, Livingston; Arguments were presented; Court RESERVED ruling.

Defense counsel orally moved under Rule 50, on behalf of the United States, for Judgment as a matter of law as to probable cause (on FTCA claims); Court RESERVED ruling.

11:50AM- Court recessed.

12:46PM- Court reconvened; Defense counsel addressed potential witnesses. Charge conference began with Version #2 of Jury Instructions and Verdict Form provided to counsel.
1:10PM- Court recessed.

1:14PM- Court reconvened; Jury entered courtroom.
1:16PM- Defendant's Witness #1, Larry Samuel McCracken, was sworn and testified.
1:29PM- Cross-examination began.
1:44PM- Defendant's Witness #2, Gary Robert Fraas, was sworn and testified.
1:55PM- Cross-examination began.
2:25PM- Court recessed.

2:41PM- Court reconvened.
2:43PM- Jury entered courtroom; Cross-examination continued.
2:46PM- Defendant's Witness #3, Shannon Smith, was sworn and testified.
2:53PM- Cross-examination began.
3:00PM- Re-direct examination began.
3:01PM- Side bar (Plaintiff's counsel orally moved Rule 50 as to Williams on liability issues; Court DENIED the motion; Defendants motions were renewed; Court RESERVED ruling.)
3:05PM- Attorneys for defendant and plaintiff agreed on the record as to the evidence that has been admitted.
3:05PM- Court charged the Jury.
3:18PM- Plaintiff gave closing statement.
3:59PM- Defendant gave closing statement..
4:21PM- Plaintiff gave rebuttal argument.
4:25PM- Court addressed changes to Jury Instructions and provided further instructions to the Jury.
4:32PM- Court directed Jury to retire to select foreperson and whether they would like to deliberate this evening or tomorrow; Court announced changes to be made to instructions.
4:42PM- Jury entered courtroom and announced they wished to deliberate tomorrow.
4:43PM- Court recessed.