# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DAVID WILLIAMS,**

          **Plaintiff,**

**-vs-**                                                                                 **Case No. 6:08-cv-1771-Orl-31GJK**

**UNITED STATES OF AMERICA and**
**NORM LIVINGSTON,**

          **Defendants.**

_____

## ORDER

This matter came before the Court for trial on June 1, 2010. A jury was impaneled to consider Plaintiff's *Bivens* claim against Defendant Livingston and the Court has considered the trial evidence in connection with Plaintiff's claims under the FTCA.

On June 3, 2010, the jury returned a verdict for Defendant, finding that Livingston had probable cause to arrest Williams for trespass on February 23, 2006. The Court concurs with that finding. Accordingly, it is

**ORDERED** that judgment be entered for Defendant with costs taxed against Plaintiff. All pending motions are denied as moot and the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 4, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE